JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**ROGELIO SANTIBANEZ**,

Plaintiff,

vs.

**MELROSE DISCOUNT CARPET, INC.; 7951 MELROSE ASSOCIATES, LLC**; and DOES 1 to 10,

Defendants.

Case No.: **2:26-cv-06628-PA (DMKx)**

**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice.

SO ORDERED.

DATED: October 19, 2026

Percy Anderson,
United States District Judge